IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR262 |
| | ) | |
| v. | ) | |
| | ) | |
| JARED WELSH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue supervised release disposition hearing (Filing No. 196). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that a hearing on the report for offender under supervision (Filing No. 183) is rescheduled for:

**Friday, January 14, 2011, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 13th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court