IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:04CR262
                               )
      v.                       )
                               )
JARED WELSH,                   )         ORDER
                               )
            Defendant.         )
_____)
```

      This matter is before the Court on defendant's motion to continue supervised release disposition hearing (Filing No. 199).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that a hearing on the report for offender under supervision (Filing No. 183) is rescheduled for:

**Friday, March 18, 2011, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

      DATED this 7th day of January, 2011.

                                    BY THE COURT:

                                    /s/ Lyle E. Strom
                                    _____
                                    LYLE E. STROM, Senior Judge
                                    United States District Court