IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR262 |
| | ) | |
| v. | ) | |
| | ) | |
| JARED P. WELSH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on the 1st day of April, 2011, for a final dispositional hearing on the Petition for Warrant for Offender Under Supervision (Filing No.183). The defendant was present and was represented by Assistant Federal Public Defender, Jeffrey L. Thomas. The United States was represented by Special Assistant United States Attorney, Martin J. Conboy, IV. The defendant admitted allegation 2 of the Report and the defendant was found to be in violation of the terms of his supervised release.

IT IS ORDERED:

1) Defendant's supervised release is revoked and the defendant shall be remanded to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day with credit for time served while awaiting the final dispositional hearing in this matter. Upon completion of imprisonment, no further term of supervised released will be imposed.

       2) On motion of the United States, Allegation Nos. 1 and 3 through 6 are dismissed.

       DATED this 1st day of April, 2011.

                     BY THE COURT:

                     /s/ Lyle E. Strom

                     LYLE E. STROM, Senior Judge
                     United States District Court